■ MARY E. MARRAN, Respondent, v. D. MICHAEL MARRAN, Appellant.— In an action for separation, defendant appeals from so much of an order of the Supreme Court, Suffolk County, dated January 7, 1972, as, upon plaintiff's motion, awarded plaintiff temporary alimony and a counsel fee and directed defendant to pay the carrying charges on the marital residence,

exclusive of telephone service. Order affirmed insofar as appealed from, with $20 costs and disbursements. No opinion. This case should proceed to trial immediately. Munder, Acting P. J., Martuscello, Latham, Gulotta and Christ, JJ., concur.